**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LYNN MCCORMICK,** | : | **Civil No. 1:25-CV-677** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK BISIGNANO,** | : | **(Magistrate Judge Carlson)** |
| **Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 28th day of October 2026, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,
2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge